# EXHIBIT 2

 **NATIONAL BANK OF ARIZONA®** | **Anytime Checking**

This disclosure only summarizes the features of this account. For additional terms governing your account, please see the Deposit Account Agreement. Current copies of the Deposit Account Agreement are available at any branch or online at www.NBAZ.com.  Information current as of 8/20/2020.

| Account Opening and Usage | |
|---|---|
| Minimum Deposit Needed to Open Account | $50 |
| Monthly Maintenance Fee | $8 |
| How to Avoid the Monthly Maintenance Fee | $0 monthly maintenance fee when you meet <u>one</u> of the following during the statement month:<br>• $250 minimum direct deposit[1] **OR**<br>• 10 purchases using a NB\|AZ debit card or credit card[2] **OR**<br>• 25 years old or younger[3] |
| Paper Statement Service<br>*(Applies to statements that are printed and mailed)* | $4<br>Waive this fee by opting out of paper statements through online banking. **There is no charge for eStatements.** |
| Earns Interest | No |

| Overdraft Services | |
|---|---|
| Insufficient Funds (NSF) Fee | $35<br>• Per check, ACH, or wire transaction posted against insufficient funds, whether the bank pays or returns the transaction.<br>• Per ATM or one-time debit transaction paid against insufficient funds if you have opted-in to our Debit Card Overdraft Service.<br>• Per multiple-use debit card transaction paid against insufficient funds.<br>• Per non-debit card withdrawal transaction paid against insufficient funds.<br>A maximum of five fees will be charged per account per business day. No fees will be charged if the account is overdrawn $5 or less after all transactions post following the close of business. |
| Continuing Overdraft Fee | We will charge you a **Continuing Overdraft Fee** of $35 if your account remains overdrawn more than $5.00 for 7 consecutive calendar days.  The Continuing Overdraft Fee will be charged for up to three consecutive 7-calendar day periods that your account is overdrawn more than $5.00. |
| Overdraft Options | **Default Option:** We may, in our discretion, pay any overdraft transaction, though it is our policy to decline an overdraft transaction that is an ATM or point-of-sale debit card transaction. We will charge an Insufficient Funds Fee and Continuing Overdraft Fee for an overdraft transaction unless it is an ATM or point-of-sale debit card transaction.<br>**Debit Card Overdraft Service:** If you opt in to our Debit Card Overdraft Service, we may, in our discretion, pay any ATM or point-of-sale debit card overdraft transaction. We will charge an Insufficient Funds Fee and Continuing Overdraft Fee (as explained above) for all overdraft transactions.<br>**Overdraft Protection:** If you have opted for our *Overdraft Deposit Transfer Service* or *Overdraft Line of Credit* (subject to credit approval) we will pay transactions that overdraw your account when there are available funds in your deposit account or credit line. **See the Personal Account Schedule of Fees for details.** |

| Account Features | |
|---|---|
| Convenience Services[4] | Online Banking<br>Mobile Banking<br>Bill Pay<br>Visa® Debit card |
| ATM Benefits | **$0** for transactions at ATMs owned by NB\|AZ or other divisions of Zions Bancorporation, N.A.<br><br>NB\|AZ Bank Fees apply to transactions at ATMs not owned by Zions Bancorporation, N.A. In addition, ATM operator fees may be assessed. **See the Personal Account Schedule of Fees for details.** |

| How Deposits and Withdrawals Work | |
|---|---|
| Deposit Funds Availability<br><br>*(When funds deposited to your account are generally available)* | Cash deposited: **Next business day**<br>Check deposited: **Next business day generally, unless a hold is placed**<br>Direct Deposit and Wire Transfer: **Same business day**<br><br>We may place a hold on funds you deposit in your account by check. If we do, a portion of the funds will generally be available to you the first business day after the day of deposit. Depending on the type of check you deposit, the remainder of the funds may not be available to you until the second day after the day of deposit or even later. We will generally tell you at the time you deposit a check if a portion of the funds from the check will not be available to you the business day after the day of deposit. We will also tell you when those funds will be available. **For determining the availability of funds deposited by check, every day is a business day, except Saturdays, Sundays, and federal holidays.** The end of a business day varies by banking center. See your **Deposit Account Agreement** for additional details. |
| Deposit and Withdrawal Posting Order | Transactions are generally posted each business day following the close of business in the following order:<br><br>**First:** Credit (deposit) transactions such as deposits by cash or check, ATM deposits, direct deposits, wire transfer deposits, and corrections to your account balance.<br><br>**Second:** Debit (withdrawal) transactions received the same business day. We divide debit transactions into transaction-type groups and order transactions within each group chronologically (other than checks, which are sorted by serial number). We then post the transactions in sequence by group type and order. For group types and sequence, other exceptions and details, see your **Deposit Account Agreement.** |

| Additional Disclosures | |
|---|---|
| Amendments | These terms and your Deposit Account Agreement are subject to change. We will notify you of changes in advance as required by law. **See your Deposit Account Agreement for more information.** |
| Dispute Resolution Agreement | Your Deposit Account Agreement contains a Jury Waiver and a Class Action waiver. Except for accounts opened with the Amegy Division, disputes are subject to binding Arbitration (a) if the Jury Waiver is not enforced, or (b) if you are a consumer and you request Arbitration. **See your Deposit Account Agreement for more information.** |

1.  **Direct Deposit:** A direct deposit is an electronic credit to your account. Transfers from one account to another or deposits made at a banking center do not qualify as a direct deposit. All direct deposits made during the statement month are added together to determine the total direct deposit amount used to waive the monthly maintenance fee.
2.  **Card Purchases:** All debit and credit card purchase transaction counts are added together to waive the monthly maintenance fee. Debit and credit card purchases must post and clear your account in order to be counted for the monthly maintenance fee waiver, and must be made within the past 30 days of your statement cycle.
3.  **25 years old or younger**: The primary account holder must be 25 years old or younger for the monthly maintenance fee to be waived. This benefit does not extend to secondary account holders.
4.  **Convenience Services:** Some online and mobile banking features may not be extended to minors. Internet, mobile, and text messaging service provider rates and fees apply for the following services: Online Banking, Mobile Banking, Card Alerts, or Mobile Card Fraud Alerts. Additional Bill Pay fees apply for expedited delivery options. Transaction notifications are sent to your email account and/or mobile device by SMS text. Account must be enrolled in Online Banking to enroll and manage Card Alerts.

©National Bank of Arizona, a division of Zions Bancorporation, N.A. Member FDIC.                           Revised August 2020