IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lee Ward,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Zions Bancorporation NA,<br><br>　　　　Defendant. | NO. CV-21-08103-PCT-MTL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed February 3, 2022, judgment is entered in favor of the Defendant Zions Bankcorporation NA, and the complaint and action are dismissed with prejudice.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

February 4, 2022

　　　　　　　　　　　　　　　　　　s/ S. Hargrove
　　　　　　　　　　　　　　　By　Deputy Clerk